# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-08012 JVS (JPRx) | Date | November 9, 2018 |

| | |
|---|---|
| Title | Ricardo Flores, et al v. Marriott Vacations Worldwide Corp., et al. |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Denying Plaintiffs' Motion to Remand**

Plaintiffs Ricardo Flores and Cesar Torres ("Plaintiffs") filed a motion to remand. Mot., Docket No. 10. Defendants Marriott Resorts Hospitality Corporation and Marriott Vacations Worldwide Corporation ("Defendants") filed an opposition. Opp'n, Docket No. 13. Plaintiffs replied. Reply, Docket No. 15.

Local Rule 7-3 requires that the parties meet and confer "at least seven (7) days prior to the filing of the motion." If the parties cannot resolve the issue, then the counsel for the moving party must include in the notice of motion the following statement: "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." Id.

Here, Plaintiffs' counsel submitted a declaration stating that he met and conferred with Defendants' counsel on October 9, 2018, and October 10, 2018. Declaration of Vincent Granberry, Docket No. 10-2 ¶ 2. Plaintiffs then filed this motion on October 12, 2018. Mot., Docket No. 10. Therefore, Plaintiffs failed to comply with the requirement under Local Rule 7-3 that parties meet and confer at least seven days before filing a motion.

Accordingly, the Court **denies** Plaintiffs' motion without prejudice. The motion may be re-noticed with a showing of compliance with Local Rule 7-3. The Court vacates the November 19, 2018 hearing date. See Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

### IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |